OF THE STATE OF ARKANSAS. **273**

TERM, 1860.]          Wassell et al. vs. Trapnall as ad..

Hon. JOHN J. CLENDENIN, Circuit Judge.

HEMPSTEAD, for the plaintiff.

GARLAND & RANDOLPH, for the defendant.

---

WASSELL ET AL. VS. TRAPNALL, AS AD.

Mr. Justice COMPTON delivered the opinion of the Court.

The appellee recovered judgment against the appellants on a writing obligatory for $500, dated 31st May, 1853; and the appellants have prosecuted their appeal to this court.

The only question involved, relates to a demand for rents, pleaded by way of set-off, which is the identical demand relied on in the case of *Trapnall vs. Wassell*, decided at the present term, where it was held, upon the authority of *Watkins et al. vs. Wassell*, 20 *Ark.* 410, that the demand was unfounded.

The judgment must be affirmed with costs.